UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23678-CIV-SEITZ/O'SULLIVAN

RUSSELL V. LUGLI,

           Plaintiff,

v.

LEE A. DAHLBERG, *et al.*,

           Defendants.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Dismissal Without Prejudice [DE-68]. Given that Defendants have not yet filed an answer or a motion for summary judgment, it is hereby

ORDERED THAT

1) This case is DISMISSED without prejudice.

2) Each party shall bear its own costs and attorneys' fees.

3) All motions not otherwise ruled upon are DENIED as moot.

4) This case is CLOSED.

DONE AND ORDERED in Miami, Florida this 28th day of October, 2010.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record